■ PETER A. BECK v. CITY OF NEW YORK. CITY OF NEW YORK v. CARDIFF CORPORATION and MAN-BAUM CO., INC.—

Concur —
Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.